UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br><br>    v.<br><br>HRA 9th & Flower, LP, a Delaware Limited Partnership;<br>Ralphs Grocery Company, an Ohio Corporation; and Does 1-10,<br><br>    Defendant. | Case No. 2:18-cv-07803-RGK-AGR<br>Honorable R. Gary Klausner<br><br>**JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br><br>Action Filed:   September 6, 2018<br>Trial Date:      None Set |

1 ~~Defendants HRA 9th & Flower, LP and Ralphs Grocery Company's Motion~~
2 ~~for Summary Judgment came on for hearing on August 19, 2019 at 9:00 a.m. in~~
3 ~~Courtroom 850 of the above-titled Court. Appearances were as noted in the record.~~

After considering the papers, the evidence, and the arguments of counsel, the Court ORDERS as follows:

There are no disputed issues of material fact. Defendants' Motion is **GRANTED** in its entirety and all of Plaintiff's claims are hereby dismissed with prejudice. Judgment is entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

**IT IS SO ORDERED.**

DATED: August  26  , 2019

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
United States District Judge